UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MARK M. LONG,**

    **Plaintiff,**

    v.                      Case No. 2:15-cv-1616
                              JUDGE GREGORY L. FROST
**GARY MOHR, et al.,**          Magistrate Judge Norah McCann King

    **Defendants.**

## ORDER

    This matter is before the Court for consideration of the Magistrate Judge's August 7, 2015 Order and Report and Recommendation. (ECF No. 11.) In that filing, the Magistrate Judge recommended that the Court deny Plaintiff's Request for Injunction. (ECF No. 9.) The Order and Report and Recommendation specifically advised Plaintiff that a failure to file a timely objection would waive the right to *de novo* review by the undersigned and would waive the right to appeal the judgment of this Court. No objections have been filed, and the time for filing objections has expired.

    This Court has reviewed the Order and Report and Recommendation and agrees with the Magistrate Judge's reasoning. The Court therefore **ADOPTS** the Order and Report and Recommendation (ECF No. 11) and **DENIES** Plaintiff's Request for Injunction (ECF No. 9).

    **IT IS SO ORDERED.**

                                                    /s/ Gregory L. Frost
                                           GREGORY L. FROST
                                           UNITED STATES DISTRICT JUDGE