```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

**MARK M. LONG,**

        Plaintiff,

   vs.                                    Civil Action 2:15-cv-1616
                                               Judge Frost
                                               Magistrate Judge King

**DOCTOR EDDY,** *et al.*,

        Defendants.


## ORDER

Plaintiff included a jury demand in the civil cover sheet filed in this action, *Civil Cover Sheet* (ECF No. 1-1, PAGEID# 17), and the docket indicates that a jury demand was made. On July 22, 2015, plaintiff filed a motion "requesting to revise the complaint if the file date of 5-6-15 will remain the file date after filing the revised complaint. . . ." *Motion to Amend/Correct Complaint* (ECF No. 8). Noting that plaintiff had not included a copy of the proposed revised complaint and finding that "the purpose of the amendment is not entirely clear from his motion," *Order and Report and Recommendation* (ECF. No. 11), the United States Magistrate Judge denied the motion "without prejudice to renewal upon the tender of the proposed amended complaint." *Id.*, PAGEID# 45 (emphasis omitted). This matter is now before the Court on plaintiff's motion to reconsider that ruling. *Motion for Review of Ruling* (ECF No. 14).

1

The *Motion for Review of Ruling* makes clear that, in filing the *Motion to Amend/Correct Complaint,* plaintiff intended only to make a jury demand. As noted *supra*, however, plaintiff included a jury demand in the *Civil Cover Sheet*, and the docket indicates that a jury demand has been made.

Because the order of the Magistrate Judge, *Order and Report and Recommendation*, is neither clearly erroneous nor contrary to law, *see* 28 U.S.C. §636(b), the *Motion for Review of Ruling* (ECF No. 14), is **DENIED**.

                                         /s/   GREGORY L. FROST
                                            Gregory L. Frost
                                  United States District Judge