UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARK M. LONG,

    Plaintiff,

    v.

GARY MOHR, et al.,

    Defendants.

Case No. 2:15-cv-1616
JUDGE GREGORY L. FROST
Magistrate Judge Norah McCann King

## ORDER

This matter is before the Court for consideration of the Magistrate Judge's December 14, 2015 Report and Recommendation. (ECF No. 35.) In that filing, the Magistrate Judge recommended that the Court deny Plaintiff's November 3, 2015 motion for default judgment. (ECF No. 28.)

The Report and Recommendation specifically advised Plaintiff that a failure to file a timely objection would waive the right to *de novo* review by the undersigned and would waive the right to appeal the judgment of this Court. No objections have been filed, and the time for filing objections has expired.

This Court has reviewed the Report and Recommendation and agrees with the Magistrate Judge's reasoning. The Court therefore **ADOPTS** the Report and Recommendation (ECF No. 35) and **DENIES** Plaintiff's motion for default judgment (ECF No. 28).

    IT IS SO ORDERED.

                                  /s/ Gregory L. Frost
                              GREGORY L. FROST
                              UNITED STATES DISTRICT JUDGE