UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARK M. LONG,

      Plaintiff,

      v.

GARY MOHR, et al.,

      Defendants.

Case No. 2:15-cv-1616
JUDGE GREGORY L. FROST
Magistrate Judge Norah McCann King

## ORDER

This matter is before the Court for consideration of the Magistrate Judge's March 29, 2016 Order and Report and Recommendation. (ECF No. 42.) In that filing, the Magistrate Judge recommended that the Court grant in part and deny in part the October 19, 2015 Motion to Dismiss of Served Defendants. (ECF No. 23.) Specifically, the Magistrate Judge recommended that the Court deny the motion in regard to Defendants Eddy, Yost, Rannes, Neufeld, Oppy, Magnuson, and Curtiss in connection with Plaintiff's claim for the denial of medical and dental care. The Magistrate Judge also recommended that this Court then grant the motion to dismiss in all other respects.

The Order and Report and Recommendation advised the parties that the failure to file a timely objection would "result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (ECF No. 42, at Page ID # 316.) No objections have been filed, the time for filing objections has expired, and the Magistrate Judge's reasoning is correct. The Court therefore **ADOPTS** the Order and Report and Recommendation (ECF No. 42), **DENIES** the motion to dismiss in regard to Defendants

Eddy, Yost, Rannes, Neufeld, Oppy, Magnuson, and Curtiss in connection with Plaintiff's claim for the denial of medical and dental care (ECF No. 23), and **GRANTS** the motion in all other respects (*Id.*).

    **IT IS SO ORDERED.**

                                              /s/ Gregory L. Frost
                                      GREGORY L. FROST
                                      UNITED STATES DISTRICT JUDGE